

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Ex parte Olusegun Michael Afolabi,　　　* From the 385th District Court
of Midland County,
Trial Court No. CR54436-A.

No. 11-22-00342-CR　　　　　　　　* May 9, 2024

　　　　　　　　　　　　　　　　* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.